McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
PHILLIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>JOEY LOUIS RAMIREZ,  )<br>  )<br>            Defendant.  )<br>  ) | NO. CR. S. 05-00289 (WBS)<br><br>MOTION TO DISMISS INDICTMENT<br>AND [PROPOSED] ORDER |

   Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby moves this Court for an order dismissing the indictment, filed on July 13, 2005, in Case No. CR. S. 05-00289 (WBS).

   This motion is made because Defendant Ramirez was subsequently charged for the same conduct in a first superseding indictment filed on July 21, 2005, Case No. 05-00290 (WBS).

   Defendant is currently in custody, and dismissal of the indictment in Case No. 05-00289 (WBS) will not change his custody

///
///
///

1

status.

DATED:   September 12, 2005

                                     Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                              By:   /s/ Ellen V. Endrizzi

                                     ELLEN V. ENDRIZZI
                                     Assistant U.S. Attorney


                            O R D E R

APPROVED AND SO ORDERED:


DATED: September 14, 2005

                              /s/ William B. Shubb
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE